

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| PATRICK L. GUILLORY aka Timothy Hunter, | ) ) ) | CASE NO. 3:06 CV 2684 |
| | ) | JUDGE DAVID A. KATZ |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER |
| ART JAMES, et al., | ) ) | |
| Defendants. | ) ) | |

This action was partially dismissed on February 8, 2007`. The only remaining claim was dismissed on March 1, 2007 pursuant to plaintiff's February 20, 2007 Motion to Dismiss. On May 29, 2008, plaintiff filed a Motion to Reopen the case on the ground that a large percentage of the filing fee has been paid. The Motion to Reopen is without merit and is hereby denied. Further, plaintiff's June 9, 2008 Motion for Summary Judgment is denied as moot.

No further postjudgment motions will be entertained in this case. The court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this order could not be taken in good faith.

IT IS SO ORDERED.

_____
DAVID A. KATZ
UNITED STATES DISTRICT JUDGE